**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROWIRE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-223-MSG |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on July 17, 2017, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION (1-43)

DEFENDANT APPLE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES (1-14)

**VIA ELECTRONIC MAIL**

George Pazuniak
O'Kelly Ernst & Joyce, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
GP@del-iplaw.com

Robert D. Katz
Katz PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
rkatz@katzfirm.com

| | |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Michael P. Stadnick<br>Ameet A. Modi<br>Robert C. Harrits<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Dated: July 17, 2017<br>5315348 / 43996 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>obyrne@potteranderson.com<br><br>*Attorneys for Defendant Apple Inc.* |