# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROWIRE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-223-MSG |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF ROBERT C. HARRITS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO STAY PENDING RESOLUTION OF ITS MOTION TO DISMISS

OF COUNSEL:

John M. Desmarais
Michael P. Stadnick
Ameet A. Modi
Robert C. Harrits
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Dated: July 20, 2017
5308135 / 43996

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
obyrne@potteranderson.com

*Attorneys for Defendant Apple Inc.*

I, Robert C. Harrits, declare that:

1. I am an associate with the law firm of Desmarais LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned matter, and I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. I make this Declaration in support of Apple's Motion to Stay Pending Resolution Of Its Motion To Dismiss Prowire LLC's First Amended Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Franchise Tax Details for Prowire LLC ("Prowire") obtained from the Texas Comptroller of Public Accounts Taxable Entity Search, which was accessed at https://mycpa.cpa.state.tx.us/coa/ on July 20, 2017. It has been highlighted for clarity.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Patent Assignment Coversheet for U.S. Patent No. 6,137,390 from Fuco Technology Co., LTD to Prowire LLC. Exhibit 2 list's Prowire's address as 700 Lavaca St. Suite 1401, Austin, TX, 78701. It has been highlighted for clarity.

5. Attached here to as Exhibit 3 is a true and correct copy of the website https://www.texasregisteredagent.net/ accessed on July 20, 2017. Exhibit 3 lists Texas Registered Agent LLC's address as 700 Lavaca St. Suite 1401, Austin, TX, 78701.

6. Prowire's First Amended Complaint does not list a principal place of business. (D.I. 13 ¶ 1.) The only address apparently associated with Prowire, 700 Lavaca St. Suite 1401, Austin, TX, 78701 (Exs. 1-2), is the address of a Texas registered agent service. (Ex. 3.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2017, in New York, NY.

*/s/ Robert C. Harrits*
Robert C. Harrits

2