**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PROWIRE LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 17-223-MAK |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ROBERT C. HARRITS IN SUPPORT OF
APPLE INC.'S MOTION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)**

I, Robert C. Harrits, declare that:

1. I am an associate with the law firm of Desmarais LLP, counsel of record for Defendant Apple, Inc. ("Apple") in the above-captioned matter, and I am admitted *pro hac vice* to this Court. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2. I make this Declaration in support of Apple's Motion to Transfer to the Northern District of California.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Franchise Tax Details for Prowire LLC ("Prowire") obtained from the Texas Comptroller of Public Accounts Taxable Entity Search, which was accessed on August 28, 2017, at https://mycpa.cpa.state.tx.us/coa/. It has been highlighted for clarity.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Patent Assignment Coversheet for U.S. Patent No. 6,137,390 from Fuco Technology Co., LTD to Prowire LLC. Exhibit 2 list's Prowire's address as 700 Lavaca St. Suite 1401, Austin, TX, 78701. It has been highlighted for clarity.

5. Attached hereto as Exhibit 3 is a true and correct copy of the website https://www.texasregisteredagent.net/ which was accessed on August 28, 2017. Exhibit 3 lists Texan Registered Agent LLC's address as 700 Lavaca St. Suite 1401, Austin, TX, 78701.

6. Apple has not been able to identify a principal place of business or website for Prowire. Prowire's First Amended Complaint does not list a principal place of business. (D.I. 13 ¶ 1.) The only address associated with Prowire, 700 Lavaca St. Suite 1401, Austin, TX, 78701 (Exs. 1-2), is the address of a Texas registered agent service. (Ex. 3.) Similarly, Apple has been unable to locate any individuals who work for Prowire. The only individual Apple has been able to identify as relating to Prowire is Zhou Ye, who signed a document entitled "Supplementary Agreement" on behalf of Prowire and is listed as a "Managing Member" with same Texas address as Prowire. (Ex. 2.)

7. Attached hereto as Exhibit 4 is a true and correct copy of the website https://www.distancecalculator.net/ which was accessed on August 28, 2017, calculating the distance between Taiwan and San Francisco, CA as 6,535 miles.

8. Attached hereto as Exhibit 5 is a true and correct copy of the website https://www.distancecalculator.net/ which was accessed on August 28, 2017, calculating the distance between Taiwan and Wilmington, DE as 7,935 miles.

9. The difference in distance between the trip from Taiwan to San Francisco, CA and from Taiwan to Wilmington, DE is 1,400 miles.

10. Attached hereto as Exhibit 6 is a true and correct copy of United States Patent Application Pub. No. US 2017/0165678. It has been highlighted for clarity.

11. Attached hereto as Exhibit 7 is a true and correct copy of the Patent Assignment Coversheet for U.S. Patent No. 6,137,390 from Industrial Technology Research Institute to Fuco

2

Technology Co., LTD. The addresses for both the Industrial Technology Research Institute and Fuco Technology Co., LTD are located in Taiwan. It has been highlighted for clarity.

12. Attached hereto as Exhibit 8 is a true and correct copy of the results from a search for W. Wayne Liauh, from the website https://oedci.uspto.gov/OEDCI/ which was accessed on August 28, 2017. It has been highlighted for clarity.

13. Attached hereto as Exhibit 9 is a true and correct copy of the website https://www.distancecalculator.net/ which was accessed on August 28, 2017, calculating the distance between Honolulu, HI and San Francisco, CA as 2,397 miles.

14. Attached hereto as Exhibit 10 is a true and correct copy of the website https://www.distancecalculator.net/ which was accessed on August 28, 2017, calculating the distance between Honolulu, HI and Wilmington, DE as 4,901 miles.

15. The difference in distance between the trip from Honolulu, HI to San Francisco, CA and from Honolulu, HI to Wilmington, DE is 2,504 miles.

16. Attached hereto as Exhibit 11 is a true and correct copy of Prowire's Initial Disclosures, served on May 1, 2017 in this action.

17. On August 20, 2017, Prowire informed Apple that it intended to move to substitute MEC Resources LLC ("MEC") for Prowire LLC. Prowire alleges that it has transferred all right, title, and interest in United States Patent No. 6,137,390 to MEC.

18. Attached hereto as Exhibit 12 is a true and correct copy of a search for "MEC Resources" performed at Delaware's Department of State Division: Division of Corporations Entity Search which was accessed on August 28, 2017, at https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx. The search did not turn up any results for MEC Resources LLC.

19. Attached hereto as Exhibit 13 is a true and correct copy of the corporation details for MEC obtained from the North Dakota Secretary of State Business Records Search which was accessed on August 28, 2017, at https://apps.nd.gov/sc/busnsrch/busnSearch.htm.

20. Attached hereto as Exhibit 14 is a true and correct copy of United States District Court—National Judicial Caseload Profile, Reporting Period March 31, 2017, which was accessed on August 28, 2017 at http://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2017.pdf.  It has been highlighted for clarity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2017, in New York, NY.

> */s/ Robert C. Harrits*
> Robert C. Harrits