IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEC RESOURCES, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civ. Action No.: 1:17-cv-00223-MAK |
| APPLE INC., | § § § | |
| *Defendant.* | § § § | |

**DECLARATION OF FRANK DRISCOLL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO APPLE INC.'S MOTION TO TRANSFER**

I, Frank Driscoll, declare as follows:

1. I serve as the Chief Operating Officer of MEC Resources, LLC ("MEC"), the plaintiff in this action. I submit this declaration in support of Plaintiff's Opposition to Apple's Motion to Transfer Venue, which is filed herewith. I have relevant knowledge regarding the instant suit, including knowledge of MEC's organization and structure, the operations of MEC, and an understanding of its licensing goals and strategies. I make this declaration based upon my own personal knowledge unless otherwise indicated herein, and if called as a witness, I could and would competently testify thereto.

2. I currently reside in Waterford, Michigan.

3. In connection with my duties at MEC, my roles include those related to patent monetization and licensing.

4. I anticipate that I will be MEC's Fed. R. Civ. P. 30(b)(6) representative for purposes of MEC's deposition.

5. As for trial, Delaware is a much more convenient venue for me than San Francisco, California.

1

6.  MEC's physical paper files are stored at MEC's principle office in New Town, North Dakota. MEC's hardcopy files include, for example, patent documents, as well as organizational and operational documents relating to day-to-day activities.

7.  None of MEC's documents are located in the Northern District of California.

8.  MEC Resources had no revenue in CY 2016 or in CY 2017 year to date.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 8th day of September, 2017, at Waterford Michigan.

*Frank Driscoll*
Frank Driscoll