IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEC RESOURCES, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civ. Action No.: 1:17-cv-00223-MAK |
| APPLE INC., | § § § | |
| *Defendant.* | § § § | |

### DECLARATION OF CLARENCE O'BERRY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO APPLE INC.'S MOTION TO TRANSFER

I, Clarence O'Berry, declare as follows:

1. I serve as the chief executive officer of MEC Resources, LLC ("MEC"), the plaintiff in this action. I submit this declaration in support of Plaintiff's Opposition to Apple's Motion to Transfer Venue, which is filed herewith. I have relevant knowledge regarding the instant suit, including knowledge of MEC's organization and structure, the operations of MEC, and locations of relevant documents. I make this declaration based upon my own personal knowledge unless otherwise indicated herein, and if called as a witness, I could and would competently testify thereto.

2. I currently reside in Minot, North Dakota.

3. In connection with my duties at MEC, my roles include those related to overall strategy and management. I am also responsible for the maintenance of true and correct books of account with respect to the operations of MEC. It is also my responsibility to keep MEC's business filings current.

4. I anticipate that I will be MEC's Fed. R. Civ. P. 30(b)(6) representative for purposes of MEC's deposition.

1

5. As for trial, Delaware is a much more convenient venue for me than San Francisco, California.

6. MEC's physical paper files are stored at MEC's principle office in New Town, North Dakota. MEC's hardcopy files include, for example, patent documents, as well as organizational and operational documents relating to day-to-day activities.

7. None of MEC's documents are located in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 8th day of September, 2017, at New Town, North Dakota.

_Clarence O'Berry_