| | |
|---|---|
| Lewis E. Hudnell, III (CA SBN 218736)<br>HUDNELL LAW GROUP P.C.<br>800 W. El Camino Real Suite 180<br>Mountain View, California 94040<br>Tel: 650-564-7720<br>Fax: 347-772-3034<br>lewis@hudnelllaw.com<br><br>Robert Katz (admitted *pro hac vice*)<br>KATZ PLLC<br>6060 N. Central Expressway<br>Suite 560<br>Dallas, Texas 75206<br>Tel: 214-865-8000<br>Fax: 888-231-5775<br>rkatz@katzfirm.com<br><br>*Counsel for Plaintiff MEC Resources, LLC* | Katherine D. Prescott (SBN 215496)<br>FISH AND RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94603<br>T: 650-839-5070<br>F: 650-839-5071<br>prescott@fr.com<br><br>John M. Desmarais (admitted *pro hac vice*)<br>Michael P. Stadnick (admitted *pro hac vice*)<br>Ameet A. Modi (admitted *pro hac vice*)<br>Peter C. Magic (SBN 278917)<br>Robert C. Harrits (admitted *pro hac vice*)<br>Kerri-Ann Limbeek (admitted *pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>T: 212-351-3400<br>F: 212-351-3401<br>jdesmarais@desmaraisllp.com<br>mstadnick@desmaraisllp.com<br>amodi@desmaraisllp.com<br>pmagic@desmaraisllp.com<br>rharrits@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br><br>*Counsel for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEC RESOURCES, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. C 3:17-cv-05457-WHO<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS, Plaintiff MEC Resources, LLC ("MEC") and Defendant Apple Inc. ("Apple") have resolved Plaintiff's claims for relief against Defendant asserted in this case.

NOW, THEREFORE, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through their attorneys of record, hereby stipulate and agree that Plaintiff's claims for relief against Defendant shall be dismissed with prejudice and Defendant's claims or defenses against Plaintiff shall be dismissed without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: April 5, 2018
/s/ Robert Katz
Lewis E. Hudnell, III (CA SBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Tel: 650-564-7720
Fax: 347-772-3034
lewis@hudnelllaw.com

Robert Katz (admitted *pro hac vice*)
KATZ PLLC
6060 N. Central Expressway
Suite 560
Dallas, Texas 75206
Tel: 214-865-8000
Fax: 888-231-5775
rkatz@katzfirm.com

Counsel for Plaintiff MEC Resources, LLC

Dated: April 5, 2018
/s/ Ameet A. Modi (with permission)
Katherine D. Prescott (SBN 215496)
FISH AND RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94603
T: 650-839-5070
F: 650-839-5071
prescott@fr.com

Ameet A. Modi (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue

| | |
|---|---|
| 1 | New York, NY 10169 |
| 2 | T: 212-351-3400 |
| | F: 212-351-3401 |
| 3 | amodi@desmaraisllp.com |
| 4 | Counsel for Defendant Apple Inc. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims and/or defenses against Plaintiff are dismissed without prejudice.  IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: May 1, 2018

_____
Honorable Judge William H. Orrick
United States District Judge